

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wasa Medical Holdings, individually and on behalf of all others similarly situated; and Jeannette Calvo, individually and On Behalf of All Others Similarly Situated<br><br>**Plaintiff,**<br><br>V.<br><br>Sorrento Therapeutics, Inc.; Henry Ji; and Mark R Brunswick<br><br>**Defendant.** | Civil Action No. 3:20-cv-00966-AJB-DEB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of Defendants.  The case is closed.

Date:  6/3/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Mueller
J. Mueller, Deputy